No. 71–1263. Kahn et ux. *v.* Arizona State Tax Commission. Appeal from Ct. App. Ariz. The Solicitor General is invited to file a brief in this case expressing the views of the United States. 

No. 71–1443. California Department of Human Resources et al. *v.* Crow et al. Petition for certiorari before judgment to C. A. 9th Cir. Motion of petitioners to expedite consideration and for consolidation with No. 71–1119 [*Indiana Employment Security Division* v. *Burney,* appeal from D. C. N. D. Ind.] denied.

No. 71–5861. Moore *v.* Wainwright, Corrections Director;

No. 71–5876. Parker *v.* Nelson, Warden; and

No. 71–6374. Smith *v.* Nelson, Warden. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–6384. Bivens *v.* United States Court of Appeals for the Second Circuit. Motion for leave to file petition for writ of mandamus denied.

No. 71–1170. WHDH, Inc. *v.* United States Court of Appeals for the District of Columbia Circuit. Motion for leave to file petition for writ of mandamus denied. The Chief Justice took no part in the consideration or decision of this motion.

No. 71–1470. Lemon et al. *v.* Kurtzman, Superintendent of Public Instruction of Pennsylvania, et al. Appeal from D. C. E. D. Pa. Application for extension of injunction, presented to Mr. Justice Brennan and by him referred to the Court, granted. Probable jurisdiction noted. Motion to expedite denied.